✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**STEPHANIE THOMAS**

Crim. No.   5:18-CR-00072-002 (TES)

Stephanie Thomas has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Court and is no longer in need of supervision. The U.S. Probation Office is of the opinion that she is no longer in need of supervision. Accordingly, it is recommended that the Court grant her Motion for Early Termination of Supervision Release (Doc. 80).

Respectfully submitted,

Todd L. Smith
U.S. Probation Officer - Firearms Specialist

## ORDER OF COURT

Pursuant to the supervised releasee's Motion for Early Termination of Supervised Release (Doc. 80) and the above report, it is ordered that the supervised releasee's motion is GRANTED and that she be discharged from supervision and proceedings in the case be terminated.

Dated this ___19th___ day of ___February___, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE